# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. MARDIS, | No. EDCV 10-323-JST(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| K. ALLISON (Acting Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 6.16.2011

JOSEPHINE STATON TUCKER
United States District Judge